JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT EUGENE COLE, | ) Case No. CV 22-5925-MEMF (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| B. SPEARS, Associate Warden, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Dismissing Action Without Prejudice, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 12, 2025

HON. MAAME EWUSI-MENSAH FRIMPONG
U.S. DISTRICT JUDGE